147 A.3d 399

**EDWARDS, Alexander**

v.

**STATE of Maryland**

**Pet. Docket No. 293, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

(No. 9190D, Circuit Court for Montgomery County).

Petition for writ of certiorari dismissed.

■

147 A.3d 399

**ELLIS, Lennell**

v.

**STATE of Maryland**

**Pet. Docket No. 261, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 546, Sept. Term, 2014).

Petition for writ of certiorari dismissed.